_____



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:  CARL JOSEPH MARASCALCO**          **CASE NO:  19-13759**
        **DEBTOR**                                              **CHAPTER 7**

## ORDER GRANTING MOTION TO COMPEL
### (doc. no. 178)

**THIS MATTER** has been considered by the United States Bankruptcy Court for the Northern District of Mississippi on the Motion to Compel filed by the Chapter 7 Trustee; and

**IT APPEARING THAT** no responsive pleading has been filed and the deadline for filing a responsive pleading has passed;

**IT IS THEREFORE ORDERED** that the motion is **GRANTED** and Linda DeLoach shall allow reasonable access to the Cabin (asset/structure) unto the Trustee, his assigns and/or agents, at his request for any purposes related to the liquidation of the asset, which includes, but not limited to, viewing and/or

inspecting the asset by potential buyers and all matters necessary regarding the removal of the structure should same be satisfactorily sold by the Trustee.

**IT IS FURTHER ORDERED** that no persons viewing/inspecting the asset or present upon DeLoach property for purposes relating to this Order shall be molested, intimidated, harassed or interfered with in any manner by Linda DeLoach or any representative thereof. Should any person violate the spirit and intent of this Order without just cause, same may be subjected to contempt and any other actions that this Court may deem appropriate.

## ##END OF ORDER ##

PRESENTED BY:

WILLIAM L. FAVA
Chapter 7 Trustee
155 Stateline Rd. E., Ste. 1
P.O. Box 783
Southaven, MS  38671
(662) 536-1116
MS Bar No. 101348