**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:  CARL MARASCALCO**             **CASE NO:  19-13759-JDW**
         **DEBTOR**                     **CHAPTER 7**

---

**RESPONSE TO MOTION TO SET ASIDE PRIOR ORDERS REGARDING
CERTAIN PROPERTY (DKT. 185)**

---

**COMES NOW** the Chapter 7 Trustee (the "Trustee") and files Response to Motion to Set Aside Prior Orders Regarding Certain Property (dkt. 185) filed by Linda Deloach and states as follows:

1. Ms. Deloach requests relief pursuant to Rule 60 of the Federal Rules of Civil Procedure yet has failed to establish her burden other than a misunderstanding of Rule 7004 of the Federal Rules of Bankruptcy Procedure.

2. Ms. Deloach's motion should be denied.

**WHEREFORE,** the Trustee prays that this Court deny the motion.

**RESPECTFULLY** submitted, this the 16th day of January, 2024.

>   /s/William L. Fava
> WILLIAM L. FAVA (MSB# 101348)
> Chapter 7 Trustee

P.O. Box 783
Southaven, MS  38671
(662) 536-1116