_____

**SO ORDERED,**



*Judge Jason D. Woodard*
**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:  CARL JOSEPH MARASCALCO | CASE NO:  19-13759 |
| DEBTOR | CHAPTER 7 |

## ORDER GRANTING JOINT APPLICATION TO COMPROMISE CONTROVERSY
### (doc. no. 188)

**THIS MATTER** has been considered by the United States Bankruptcy Court for the Northern District of Mississippi on the Joint Application to Compromise Controversy (the "Application") filed by the Chapter 7 Trustee and joined by Carl Joseph Marascalco and Susan DeLoach Marascalco; and

**IT APPEARING THAT** no responses have been filed to the Application and the deadline for filing responses has now passed.

**IT IS THEREFORE ORDERED** that the Application is **APPROVED**. The parties are allowed to resolve the controversies as set out in the Application.

.

**##END OF ORDER ##**

PREPARED & PRESENTED BY:

WILLIAM L. FAVA
Chapter 7 Trustee
155 Stateline Rd. E., Ste. 1
P.O. Box 783
Southaven, MS  38671
(662) 536-1116
MS Bar No. 101348

APPROVED BY:


_____/s/C. Gaines Baker_____
C. GAINES BAKER
Attorney for Debtor


____/s/Ashley Lane_____
ASHLEY LANE
Attorney for Susan DeLoach Marascalco